FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SILVIA A.,<br><br>　　　　Plaintiff,<br>　v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | No: 1:19-CV-03176-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 26. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Summer Stinson.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 26, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge (ALJ) for a de novo hearing and a new decision. On remand, the ALJ shall (1) reassess the opinions of record, including those of Dr. Veraldi and Dr. Cooper, and

ORDER ~ 1

explain the weight afforded to each of these opinions; (2) reassess Plaintiff's residual functional capacity consistent with Social Security Ruling 96-8p; (3) reevaluate Plaintiff's symptoms, consistent with 20 C.F.R. § 404.1529 and Social Security Ruling 16-3p; (4) ensure that the jobs cited at step five of the sequential evaluation process are consistent with Plaintiff's residual functional capacity; (5) if necessary, obtain vocational expert evidence; and (6) issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** July 17, 2020.

                                            *s/Fred Van Sickle*
                                             Fred Van Sickle
                               Senior United States District Judge

ORDER ~ 2